# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>MARK FALK<br>UNITED STATES MAGISTRATE JUDGE | USPO & COURTHOUSE<br>1 FEDERAL SQ., ROOM 457<br>NEWARK, NJ 07101<br>(973) 645-3110 |

March 11, 2008

**LETTER ORDER PURSUANT TO RULE 16.1**

Anthony Davis, Esq.
Nicoll, Davis & Spinella, LLP
95 Route 17 South
Paramus, NJ 07652

Kimberly Anne Szpara
190 William Street
Little Falls, NJ 07424

**VIA CM, RRR & First Class Mail**

    Re:    N.V.E., Inc. v. Netpounder, et al.
               Civil Action No. 07-4818 (DMC)

Dear Litigants:

On or about **April 11, 2008,** I will issue a Scheduling Order in this civil action.

Not later than **April 11, 2008,** I expect to receive from you estimates of the time needed to complete discovery. I also expect to be advised whether you intend to add parties, amend pleadings or make a dispositive motion.

    **SO ORDERED**.

                                        S/Mark Falk
                                        **MARK FALK**
                                        **United States Magistrate Judge**

Orig.:   Clerk of the Court
cc:      Hon. Dennis M. Cavanaugh, U.S.D.J.
          File

Case 2:07-cv-04818-DMC-MF   Document 14   Filed 03/11/08   Page 2 of 2 PageID: 94